UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTLE INVESTMENTS LLC,<br><br>    Defendant. | Case No. 1:25-cv-01194-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS, AND DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE<br><br>Doc. 6 |

Plaintiff Theresa Brooke initiated this action by filing a complaint against defendant Castle Investments LLC on September 14, 2025, alleging violations of the Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act ("Unruh Act"). Doc. 1.

On September 16, 2025, the assigned magistrate judge issued an order requiring plaintiff to show cause regarding supplemental jurisdiction. Doc. 4. Plaintiff timely responded. Doc. 5. On September 23, 2025, the assigned magistrate judge issued findings and recommendations, recommending that the Court (1) decline to exercise supplemental jurisdiction over plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367(c)(4) and (2) dismiss plaintiff's Unruh Act claims without prejudice to plaintiff's filing of these claims in state court. Doc. 6 at 8. The findings and recommendations were served on plaintiff and provided notice that plaintiff had 14 days to file objections. *Id.* Plaintiff has not filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

1  this case. Having carefully reviewed the file, the Court concludes that the findings and
2  recommendations are supported by the record and by proper analysis.
3      Accordingly:
4      1.    The findings and recommendations issued on September 23, 2025 (Doc. 6), are
5          adopted in full;
6      2.    The Court declines to exercise supplemental jurisdiction over plaintiff's claims
7          arising under state law pursuant to 28 U.S.C. § 1367(c)(4); and
8      3.    Plaintiff's Unruh Act claims are dismissed without prejudice to plaintiff's filing of
9          these claims in state court.

IT IS SO ORDERED.

    Dated:    October 20, 2025

UNITED STATES DISTRICT JUDGE