UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>  Plaintiff,<br><br>v.<br><br>CASTLE INVESTMENTS LLC,<br><br>  Defendant. | Case No.  1:25-cv-01194-KES-CDB<br><br>ORDER DIRECTING COUNSEL FOR PLAINTIFF TO EFFECT SERVICE OF NOTICE OF SUGGESTION OF DEATH UPON NEXT OF KIN PURSUANT TO FED. R. CIV. P. 25(a) AND TO PROMPTLY FILE PROOF OF SERVICE<br><br>(Doc. 7)<br><br>**14-DAY DEADLINE** |

Plaintiff Theresa Brooke initiated this action with the filing of a complaint against Defendant Castle Investments LLC, alleging violations of the Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act ("Unruh Act").  (Doc. 1).

On October 8, 2025, counsel for Plaintiff filed a notice of suggestion of death.  (Doc. 7). Counsel for Plaintiff declares that Plaintiff Theresa Brooke passed away on October 2, 2025. *See* (Doc. 7-1, Declaration of Peter Kristofer Strojnik ("Strojnik Decl.") ¶ 3).  Counsel declares that it is anticipated that Plaintiff's husband will be appointed as personal representative and a motion to substitute him as personal representative to act as Plaintiff will occur. *Id.* ¶ 5.

Based on the notice of suggestion of death and the representations of counsel for Plaintiff in his declaration, including the representation that a motion to substitute the representative as Plaintiff will be filed pursuant to Federal Rule of Civil Procedure Rule 25(a), the Court will direct

1

counsel for Plaintiff within 14 days from the entry of this order to effect service of the notice of suggestion of death filed in this case upon Plaintiff's next of kin consistent with Rule 25(a) and to promptly file proof of service thereafter.

### Conclusion and Order

Accordingly, it is HEREBY ORDERED that **within 14 days** of entry of this order, counsel for Plaintiff is DIRECTED to effect service of the notice of suggestion of death (Doc. 7) upon parties and nonparty successors or representatives of the deceased consistent with Federal Rule of Civil Procedure 25(a) and to promptly file proof of service on the docket.

**Any failure for counsel for Plaintiff to timely comply with this order will result in the imposition of sanctions, including financial sanctions and/or a recommendation to dismiss this case.**

IT IS SO ORDERED.

Dated:   **November 7, 2025**

UNITED STATES MAGISTRATE JUDGE

2